Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

___ District of _Colorado_

___ *10th* ___ Division

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 20 2022

JEFFREY P. COLWELL
CLERK

_____

Joshua James Ellis
_____

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

See attached one page
_____

Defendant(s)

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### (Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Defendants No. 1
name   John doe
Job or title    Sheriff
Shield number   unknown
employer        mesa county detention
address    815 Rice street
Grand Junction C.O.  81500

Defendant No. 2
name   John doe
Job or title   commander/under sheriff
Shield number   unknown
employer   mcdF
address   815 Rice Street
Grand Junction CO. 81502

Defendant No. 3
name   Deputy Daul ripple
Job or title   Deputy / mcdF C.O
Shield number   unknown
employer   mcdF
address   815 Rice street
Grand Junction C.O. 81500

Defendant No. 4
name John doe
Job or title   Deputies from prior shifts
Shield numbers  unknown
employer   mcdF
address   815 Rice Street
Grand Junction C.O. 81502

Defendant No. 5
name   John doe
Job or title   classifacations
shield number   unknown
employer   mcdF
address   815 Rice Street
Grand Junction C.O. 81500

Defendant No.6
name   John doe
Job title   programer/housing director
shield number   unknown
employer   mcdF
address   815 Rice Street
Grand Junction C.O. 81502

Defendant No.7
name   John doe
Job or title   mental health
Shield number   unknown
employer   mcdF
adress   815 Rice Street
Grand Junction CO. 81502

Defendant No. 8
name   Jane doe
Job or title   nurses
Shield number   unknown
employer   mcdF
address   815 Rice street
Grand Junction CO. 81502

Defendant No.9
name   Jane doe
Job or title   Doctor
shield number   unknown
employer   mcdF
address   815 Rice street
Grand Junction C.O. 81502

Defendant No. 10
name   John doe
Job or title   Booking director
shield number   unknown
employer   mcdF
address   815 Rice street
Grand Junction C.O. 81502

**I.**    **The Parties to This Complaint**

**A.**    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

Name                                    Joshua James Ellis

All other names by which
you have been known:                    —

ID Number                               192861

Current Institution                     Bent county correctional facility

Address                                 11560 county Road FF.7S

Las animas            CO,            81054
City                  State           Zip Code

**B.**    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. Make sure that the defendant(s)
listed below are identical to those contained in the above caption. For an individual defendant, include
the person's job or title *(if known)* and check whether you are bringing this complaint against them in their
individual capacity or official capacity, or both. Attach additional pages if needed.

See attached

Defendant No. 1
Name                                    Jhon  John doe
Job or Title *(if known)*               Sheriff
Shield Number                           unkown  mesa county detention facility
Employer                                mesa county Sheriffs department
Address                                 215 Rice street

Grand Junction        C.O.            81502
City                  State           Zip Code

☐ Individual capacity      ☐ Official capacity

Defendant No. 2
Name                                    John Doe
                                        Commander / under sheriff
Job or Title *(if known)*               unknown
Shield Number                           unknown
Employer                                mesa county detention facility
Address                                 215 Rice Street

Grand Junction        CO,            81502
City                  State           Zip Code

☐ Individual capacity      ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name      *Deputy Daulsipple*
    Job or Title *(if known)*   *Deputy mcdF C.O.*
    Shield Number      *unknown*
    Employer      *mesa county detention facility.*
    Address      *215 Rice Street*
         *grand Junction     C.O.     81502*
         *City*      *State*      *Zip Code*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name      *John doe*
    Job or Title *(if known)*   *Deputies from prior shifts*
    Shield Number      *unknown*
    Employer      *mesa county detention facility*
    Address      *215 Rice Street*
         *Grand Junction     C.O.     81502*
         *City*      *State*      *Zip Code*

☐ Individual capacity    ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

        *14th amendment*

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any
statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."
42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color
of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of
federal law. Attach additional pages if needed.

*Colorado State law*

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☑  Convicted and sentenced state prisoner

☐  Convicted and sentenced federal prisoner

☐  Other *(explain)* _____

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the
alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include
further details such as the names of other persons involved in the events giving rise to your claims. Do not cite
any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

*I was at mesa county detention facility on September
10th 2020 at 9:00 pm approximatly, when the events
Givin arose. at the time I was a pretrial detainee.*

Relief VI,

pg No. 1

<u>Order injunction</u> - for the sheriff to do his duty
to properly train deputies for proper saftey
procedures and sufficient searches for a safe
detention and in mate environment.

<u>Declaratory Relief</u> - 1. I would like the courts to
declare I have a constitutional right to be safe
with correct housing vs charges, weather in protected
custody or segregated custody while being held in
the mesa county detention facility as a pretrial detainee.
2. I would also like the courts to declare that I have
a constitutional right to Recieve proper medical and
psychological care or treatment while being held
in mesa county detention facility as a pretrial detainee.

<u>Punitive damages</u> - $30,000 compensation from each
individual Defendant.

<u>Compensatory</u> - due to the physical pain I suffered,
and the injuries I should have never had to endure,
my psychological health extremely damaged and
will never be the same after this Horrible,
negligent experience. with proper procedures this
could have been completely avoided.
I am Requesting I'm compensated 5,000,000
five million dollars, for my on going pain.

*Statement of Claim IV, D.*                                    Pg No. 1

On July 30th 2020 I was arrested and detained to mesa county
detention facility with aledged charges of sexual assault on
a child among other sexual accusations/charges that force me
to hide all information of my case or situation, and stay under
the radar while already fearing for my life.
after being booked into mcdF I was transfered to the spruce
pod its intake for General population. classifacation for what unit
I would be transfered to next. after a week and a half of
avoidin inmates and hiding my charges and case I was moved
to whats called willow one a general population unit where I
would have no choice but to be around inmates that could
easily look up my charges from out side sources via Phone or
tablet messages/letters because its public knowledge.
mean while there is a housing unit called pinion two another
General population unit to specialy house people with my sort of
charges, its concidered protected custody. the choice to house
me in pinion two should have been made when I was moved
from booking. proper procedure for classifacation would have
been to house me directly to pinion two the Protected custody
housing unit. I should have never been introduced to normal
General population due to my charges it was an extremely
negligent choice that violated my constitutional rights of safety
while in custody as a pretrial detainee.
And this was the outcome of the choice to make someone fight
for their life everyday knowing the substantial threat they would
be under in this situation. After one month of being in the willow
one unit, word had gotten out of my charges without me knowing
it, or that I was in danger. on September 12th 2020 at 8:00 pm I
sustained 7 stab and puncture wounds to my neck and right
side from an inmate named miguel angel passalis while I was on
the phone with my fiance, my back was turned toward the inmate.
the wounds ranged from 1/2" to 3/4" deep and some an inch or more long.
the inmate was able to obtain an actual knife like shiv made of
stainless steel about 5 to 6 inches long and sharpened to a very
sharp point, the deadly weapon penetrated both my issued shirts and
deep in my skin and body. The inmate was stabbing me with the
intent to kill me and continued to do so even after I stood up
from a seated position in a chair. I tryed to avoid the brutal
attack by moving away and not fighting back. but it did no good
he followed while still stabbing me in the right side. finally
after about 30 to 60 seconds Deputy Dowl ripple entered the locked
door into the willow one unit and demanded inmate miguel drop
the deadly weapon and was able to get the inmate to do so.
The deputies and nurses took pictures of the deep bloody stab
wounds on my lower neck and back and Right side.

Statment of Claim IV, D.                                   pg No, 2

there is also a very graphic video that the interviewing deputy explained. All of this should of never happened to me as a pretrial detainee, it was horribly brutal and overwhelmingly psychological. I have been violated to the fullest extent and no matter how much counseling or treatment I Recieve will I ever be the same, This has changed my life forever. I also experience severe ptsd and anxiety with scaring and nerve damage.

miguel angel passalis is still awaiting trial in mesa county detention facility for this incident he is facing two felony charges. Introducing a deadly weapon into a federal facility and assault with a deadly weapon. both charges are felony four.

After this abundance of wrong doing and extreme lack of housing procedure and initiative I was then transfered to the protected custody unit pinion two.
all It took was this life threatening hate crime.

I never recieved proper medical care or psychological treatment like much needed stitches and counseling for ptsd and anxiety.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

9 / 12 / 2020 at approximatly 2:00 pm

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?
Was anyone else involved?  Who else saw what happened?)*

See attached two pages

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive.

I sustained 7 deep Stab and puncture wounds Ranging from
1½" to 3/4" deep and several of them were 1" to 1½ long.
I should have Recieved stitches for the wounds, upon my Request
I Got ointment. I also sustained severe ptsd and anxiety,
I never Recieved any treatment for the ptsd or anxiety.
or any counseling. I'll never be the same after this incident.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged.  Explain the basis for these claims.

See attached one page
for the Record.
punitive damages - $30,000 thirty thousand dollars    for each
Defendant
compensatory - $5,000,000 five million dollars
for physical and psychological injuries

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

mesa county detention facility
215 Rice St.
Grand Junction, Colorado 81502

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

I filed the grievance on a tablet issued by mesa county Jail. in a grievance appication. I was a Pre trial detainee.

2.    What did you claim in your grievance?

Inadequate medical care and counseling treatment also Inadequate housing units and classifacation.

3.    What was the result, if any?

The grievances were denied.

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I filed an appeal according to the Steps in the inmate handbook. yes the grievance process would of been completed, or is complete.

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
     action?

     ☐ Yes

     ☑ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is
     more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

     1.   Parties to the previous lawsuit

          Plaintiff(s) _____

          Defendant(s) _____

     2.   Court *(if federal court, name the district; if state court, name the county and State)*

          _____

     3.   Docket or index number

          _____

     4.   Name of Judge assigned to your case

          _____

     5.   Approximate date of filing lawsuit

          _____

     6.   Is the case still pending?

          ☐ Yes

          ☐ No

          If no, give the approximate date of disposition. _____

     7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered
          in your favor? Was the case appealed?)*

          _____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your
     imprisonment?

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
       Plaintiff(s) _____
       Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

       _____

3.    Docket or index number

       _____

4.    Name of Judge assigned to your case

       _____

5.    Approximate date of filing lawsuit

       _____

6.    Is the case still pending?

       ☐ Yes

       ☐ No

       If no, give the approximate date of disposition _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

       _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   _3 / 30 / 2022_

Signature of Plaintiff   _(signature)_

Printed Name of Plaintiff   _Joshua James Ellis_

Prison Identification #   _192861          Doc# 192861_

Prison Address   _Bent county correctional facility 11560 FF. 75_
_Las animas                    CO.          81054_
               City                 State         Zip Code

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____
               City                 State         Zip Code

Telephone Number   _____

E-mail Address   _____



DENNIS ELLIS
278 1/2 REDWOOD CT
GRAND JUNCTION, COLORADO
81503

CLERK OF THE COURT
ALFRED A. ARRAJ
UNINTED STATES COURTHOUSE
901 19TH STREET, ROOM A105
DENVER COLORADO,
DENVER COLORADO, 80294-3589

